Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 63893.—Gitkin Co. et al. *v.* United States, protests 59/1810, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 63894.—D. N. & E. Walter & Co. and Perryman, Mojoiner et al. *v.* United States, protests 59/3234, etc. (Los Angeles).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 63895.—New York Merchandise Co., Inc. *v.* United States, protest 58/7611 (St. Louis).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 63896.—New York Merchandise Co., Inc. *v.* United States, protests 58/10018–9866 and 59/19021–10881 (Chicago).